UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:14-cr-21 |
| v.   ) | SENTENCING MEMORANDUM |
| ) | |
| JAMES E. FALER, ) | |
| ) | |
| Defendant. ) | |

The United States of America, by and through the United States Attorney for the Southern District of Iowa, and his Assistant United States Attorney Clifford R. Cronk III presents this Sentencing Brief:

I.  **Factual Background**

Defendant James E. Faler (Faler) was apprehended in Louisville, Kentucky and had possession of a backpack that contained a digital storage device with images of at least six identified children from Davenport, Iowa all engaging in sexually explicit conduct. Faler molested some of the victims and recorded the offensive activity; Faler produced all of the images. In addition, Faler is a registered sex offender after having been convicted of sex offenses in the past. Specifically, previous to the commission of these offenses, Faler was convicted of four separate counts of Sexual Abuse in the Third Degree in two separate prosecutions, in 1990-91 and 1994-95. Here, Faler has pled guilty to five counts of Production of Child Pornography involving five victims. He has also pled guilty to five counts of Penalties for Registered Sex Offenders.

## II. Statutory Sentence and Guideline Calculations

Faler pled guilty to Counts 1, 3, 5, 7, and 9 which charge Sexual Exploitation of Children (Production of Child Pornography) in violation of Title 18, United States Code, Section 2251(a) & (e), each count carries a mandatory sentence of life in prison. He also pled guilty to Counts 2, 4, 6, 8, and 10 which charge Penalties for Registered Sex Offenders in violation of Title 18, United States Code, Section 2260A. The Presentence Report accurately reflects that the statutory mandatory sentence for each count of Production of Child Pornography is life in prison. (PSR ¶ 144) It also accurately reflects that Faler faces a mandatory, consecutive ten-year sentence for each count of Penalties for Registered Sex Offenders. (PSR ¶ 144) The advisory guideline range is life in prison plus five consecutive ten year sentences. (PSR ¶ 145)

## III. Government's sentencing recommendation

The United States is recommending that the court impose five consecutive life sentences plus five consecutive ten-year sentences. *See United States v. Paton,* 535 F.3d 829, 837–38 (8th Cir. 2008) (concluding that life sentence for five counts of production of child pornography was not cruel and unusual punishment in violation of the Eighth Amendment - "Paton's history of child exploitation is long and demonstrates an unwillingness or inability to 'conform[ ] to the norms of society as established by its criminal law'" quoting *Rummel v. Estelle*, 445 U.S. 263, 276 (1980)). This is sentence is not greater than necessary to satisfy the essential purposes of sentencing: protect the public, provide just punishment, promote respect for the law, and provide adequate deterrence to criminal conduct. Moreover, "[v]ery

long prison sentences for particularly abhorrent conduct have been repeatedly upheld." *United States v. Demeyer,* 665 F.3d 1374, 1375 (8th Cir. 2012) (per curiam) (citing *United States v. Sarras,* 575 F.3d 1191, 1220–21 (11th Cir. 2009) (collecting cases)).

                        Respectfully Submitted,

                        Kevin E. VanderSchel
                        Acting United States Attorney

                By:   /s/
                        Clifford R. Cronk III
                        Assistant United States Attorney
                        131 East Fourth Street, Suite 310
                        Davenport, Iowa   52801
                        Tel: (563) 449-5432
                        Fax: (563) 449-5433
                        Email: cliff.cronk@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by: ECF/Electronic filing.

UNITED STATES ATTORNEY

By: /s/
     Cliff Cronk