IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:14-CR-21 |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S REPLY TO |
| ) | GOVERNMENT'S SENTENCING |
| JAMES E. FALER, ) | MEMORANDUM |
| ) | |
| Defendant. ) | |

COMES NOW the defendant, James Faler, by and through counsel, and for his reply to the government's sentencing memorandum states:

The government's sentencing memorandum at page 2 suggests that the Court must impose five consecutive ten year sentences for Counts two, four, six, eight, and ten citing to paragraph 145 of the PSR. Counsel could not locate any reported federal decision which held that this Court must impose consecutive sentences.

The government's sentencing memorandum cites *United States v. Paton,* 535 F.3d 829, 837-38 (8th Cir. 2008). The issue addressed in *Paton* was whether a life sentence was cruel and unusual punishment and did not address any issue regarding 18 U.S.C. § 2260A. Second, Lyle Robert Paton was sentenced to serve five *concurrent* life sentences. See attached Judgment in a Criminal Case.

/s/John L. Lane
John L. Lane                          AT0004570
225 Second Street S.E., Suite 310
Cedar Rapids, Iowa 52401
Telephone No. (319) 363-3839
Facsimile No.  (319) 363-4851
E-mail:       attyjohnlane@msn.com

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Mr. Cliff Cronk

/s/Judy Sevcik

cc:   Mr. Cliff Cronk
      Assistant U.S. Attorney

      Ms. Stacy Dietch
      Senior U.S. Probation Officer

      Mr. James Faler